# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 444 WAL 2015

           Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

         v.   :

KEVIN JAMES FOLEY,   :

           Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.